UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 06 B 13015
   ROSCOE C JONES
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR
       Debtor
   SSN XXX-XX-1693
```

---
## TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/12/06 and confirmed on 03/16/07.

2. The case was dismissed after confirmation, 08/03/2007.

3. The Debtor paid a total of $ 2900.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED VEHIC | 5130.80 | 29.39 | 833.92 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2675.33 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 24582.78 | .00 | .00 |
| ABLE CLEANING SUPPLY | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCED HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| CALIRERAD ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CALIFORNI | UNSECURED | NOT FILED | .00 | .00 |
| HEILIG MEYERS | UNSECURED | NOT FILED | .00 | .00 |
| CRD PRT ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST PHONE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 4505.51 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER FINANCE CORPORA | UNSECURED | 11503.92 | .00 | .00 |
| EASTERN COLLECTION CORP | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | UNSECURED | 16257.09 | .00 | .00 |
| HOUSEHOLD BANK GM CARD | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | 694.00 | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | NOT FILED | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | 8837.55 | .00 | .00 |
| KENNEDY AACOUNTING | UNSECURED | NOT FILED | .00 | .00 |
| MEDCLR INC | UNSECURED | NOT FILED | .00 | .00 |

```
ARMOR SYSTEMS                   UNSECURED       NOT FILED              .00           .00
ARMOR SYSTEMS                   UNSECURED       NOT FILED              .00           .00
CRD PRT ASSOC                   UNSECURED       NOT FILED              .00           .00
PEOPLES GAS                     UNSECURED          158.59              .00           .00
AMCA                            UNSECURED       NOT FILED              .00           .00
MCCARTHY BURGESS & WOLFF        UNSECURED       NOT FILED              .00           .00
SBC AMERITECH                   UNSECURED       NOT FILED              .00           .00
SBC AMERITECH                   UNSECURED       NOT FILED              .00           .00
SPRINT                          UNSECURED       NOT FILED              .00           .00
ARMOR SYSTEMS                   UNSECURED       NOT FILED              .00           .00
UNIFUND CORPORATION             UNSECURED       NOT FILED              .00           .00
VERIZON WIRELESS                UNSECURED       NOT FILED              .00           .00
CERTEGY CHECK SERVICES I        UNSECURED       NOT FILED              .00           .00
FIRST MIDWEST BANK              UNSECURED       NOT FILED              .00           .00
NATIONAL FINANCIAL HOLDI        UNSECURED          719.75              .00           .00
RH DONNELLEY                    UNSECURED       NOT FILED              .00           .00
TELECHECK                       UNSECURED       NOT FILED              .00           .00
QUEST DIAGNOSTICS               UNSECURED       NOT FILED              .00           .00
ILLINOIS DEPT REVENUE           UNSECURED          681.97              .00           .00
INTERNAL REVENUE SERVICE        UNSECURED        20162.25              .00           .00
         Summary of disbursements:
---------------------------------------------------------------------------------
                   SECURED       PRIORITY       UNSECURED         OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  5130.80      27258.11        63520.63           .00      95909.54
PRINCIPAL PAID       833.92           .00             .00           .00        833.92
INTEREST PAID         29.39           .00             .00           .00         29.39
TOTAL PAID           863.31           .00             .00           .00        863.31
The Debtor's attorney, DAVID M SIEGEL                , was allowed $    3000.00
and was paid $    226.00   direct and $   1943.04   through the plan.

The Trustee received $      93.65 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 11/15/07                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   3
    CASE NO. 06 B 13015 ROSCOE C JONES
```